UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LUIS MENDOZA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | EP-21-CV-00267-FM |
| § | |
| JORDAN FOSTER CONSTRUCTION, § | |
| LLC, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Before the court is "Plaintiff's Unopposed Motion for Dismissal Without Prejudice" ("Motion") [ECF No. 5], filed December 8, 2021 by Luis Mendoza ("Plaintiff"). Therein, Plaintiff states he "desires to dismiss his pending claims without prejudice" pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(2).[1]

The court finds Rule 41(a)(1)(A)(ii) is the appropriate provision to dismiss Plaintiff's claims. Rule 41(a)(1)(A)(ii) states "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." The Motion is signed by counsel for Plaintiff and Defendant Jordan Foster Construction, LLC.[2] Accordingly, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITHOUT PREJUDICE**.

2. It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

3. The Clerk of the Court is **INSTRUCTED TO CLOSE** the cause.

**SIGNED AND ENTERED** this ___ day of **January 2022**.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[1] "Plaintiff's Unopposed Motion for Dismissal Without Prejudice" 1, ECF No. 5, filed Dec. 8, 2021.

[2] *Id.* at 2.

1